PAUL MOSCOU, Respondent, *v.* ÆTNA CASUALTY AND SURETY COMPANY, Appellant.

PAUL MOSCOU, Respondent, *v.* THE SOUTHERN SUGAR COMPANY, Appellant.

(Argued September 30, 1931; decided October 20, 1931.)

*R. Randolph Hicks, Barent Ten Eyck* and *Walter H. Saunders, Jr.,* for appellants.

*Bennett E. Siegelstein* for respondent.

Judgment in each action affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE LEHMAN, KELLOGG. O'BRIEN and HUBBS, JJ.